

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:      Alan Nelson Crotts **V.** John F. Healey, Jr. and Jeff Strange

Appellate case number:   01-15-00076-CV

Trial court case number:  14-DCV-217232

Trial court:                   268th District Court of Fort Bend County

Date motion filed:          October 12, 2015

Party filing motion:        Appellant, Alan Nelson Crotts

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown
                                     ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd

Date: November 17, 2015